No. 71–6755. Morland v. United States. C. A. 10th Cir. Certiorari denied.

No. 71–6761. Scott v. United States. C. A. 10th Cir. Certiorari denied.

No. 71–6762. Carnathan v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 71–6766. Hord v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–6771. Mitchell v. United States. C. A. 6th Cir. Certiorari denied.

No. 71–6772. Lopez v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–6775. Burdette v. Shore et al. C. A. 6th Cir. Certiorari denied.

No. 71–6776. Jordan v. Florida. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 71–6779. Lewis v. California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 71–6780. Mansour v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 71–6782. Ellis v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–6783. Ryan v. United States. C. A. 8th Cir. Certiorari denied.

No. 71–6784. Pendergraft v. Turner et al. C. A. 4th Cir. Certiorari denied.

No. 71–6785. Knudsen v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.